JANUARY 19, 1959

**No. 62704.**—Portland Fish Company *v.* United States, protest 326588–K.— Plaintiff's application for rehearing granted.

JANUARY 20, 1959

**No. 62705.**—National Carloading Corporation *v.* United States, protests 58/4904– 9799 and 58/4890–9751.— Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, JANUARY 27, 1959

**No. 62706.**—Castelazo & Associates and David Chow & Co. et al. *v.* United States, protests 287248–K, etc. (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiffs was sustained.

**No. 62707.**—S. Berger Co. *v.* United States, protests 58/5779 and 58/6615 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiff was sustained.